**Opinion issued June 17, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-21-00052-CR
### NO. 01-21-00053-CR
### NO. 01-21-00054-CR

———————————

### IN RE BRADY JOSEPH RAY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Brady Joseph Ray, has filed a pro se petition for writ of mandamus requesting that we compel the trial court to order the production and inspection of evidence requested by relator.[1] We deny the petition.

---

[1] The underlying case is *State of Texas v. Brady J. Ray*, cause numbers 1635384, 1635385, and 1635386, pending in the 339th District Court of Harris County, Texas, the Honorable Te'iva Bell presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).